# NO. 12-17-00093-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LARRY LOTT, D/B/A LARRY LOTT INTERIORS,*<br>*APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *BOBBY BROWN,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *SUPPLEMENTAL MEMORANDUM OPINION*

In our opinion and order issued on November 28, 2018, this Court reversed the portion of the trial court's judgment awarding Bobby Brown $28,560 in actual damages and suggested a remittitur in the amount of $15,500, thereby reducing total actual damages to $13,060.

In our opinion and order, we stated that if Brown filed the remittitur within five days of our opinion, we would modify the judgment and affirm the damages award in accordance with the remittitur, thereby obviating the need for a new trial. *See* TEX. R. APP. P. 46.3, 46.5.

On November 30, 2018, Brown timely filed his agreed remittitur. Accordingly, we ***modify*** the trial court's judgment to reflect that the amount of the judgment for actual damages is $13,060. *See* TEX. R. APP. P. 46.3, 46.5.

We ***affirm*** the trial court's judgment in all other respects. This Court's opinion of November 28, 2018, otherwise remains in effect.

**GREG NEELEY**
Justice

Opinion delivered December 3, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### DECEMBER 3, 2018

### NO. 12-17-00093-CV

**LARRY LOTT, D/B/A LARRY LOTT INTERIORS,**
Appellant
V.
**BOBBY BROWN,**
Appellee

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 15-0787-A)

THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment of the court below insofar as the trial court's judgment awarded $28,560 in actual damages to Appellee, **BOBBY BROWN**.

It is therefore ORDERED, ADJUDGED, and DECREED that the portion of the trial court's judgment awarding $28,560 in actual damages be **modified** to reflect an award of $13,060.00.

It is further ORDERED, ADJUDGED and DECREED that, in all other respects, the trial court's judgment is **affirmed**; all costs of this appeal be assessed one-half against the Appellant, **LARRY LOTT, D/B/A LARRY LOTT INTERIORS,** and one-half against the Appellee, **BOBBY BROWN,** for which execution may issue; and that this decision be certified to the court below for observance.

Greg Neeley, Justice.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*